IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| G'ANDRE V. FIELDS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:23-cv-01263-SHM-tmp |
| ) | |
| TENNESSEE BUREAU OF ) | |
| INVESTIGATION, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**ORDER DIRECTING CLERK TO MODIFY DOCKET**

This case was filed by a *pro se* prisoner and initially docketed as Nature of Suit Code 440. According to the Civil Nature of Suit Code Descriptions, 440 applies to "Other Civil Rights" claims excluding claims against corrections officials and relates to an "[a]ction alleging a civil rights violation other than the specific civil rights categories listed below or a violation related to prison."  Plaintiff's complaint claims that his DNA sample was not expunged as required by policy and was then used to wrongfully charge him in unsolved cases.  (ECF No. 1 at PageID 6, 7.)  The Court has determined that a more appropriate Nature of Suit Code for this case is 540 which includes ". . . any action other than mandamus brought by a prisoner currently in custody, whether or not it relates to his confinement if it is not classifiable under any other nature of suit category[.]"

The Clerk is DIRECTED to modify the docket to change the Nature of Suit for this lawsuit from 440 Civil Rights Other to Nature of Suit Code 540 Mandamus & Other. The undersigned is entering this order pursuant to Administrative Order 2024-07.

IT IS SO ORDERED this 4th day of March, 2024.

                                                s/Tu M. Pham  
                                                TU M. PHAM  
                                                CHIEF UNITED STATES MAGISTRATE JUDGE